# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREGORY A. JONES, ) | |
|     Plaintiff, ) | |
| v. ) | No. 1:12-cv-01480-TWP-DML |
| ) | |
| PATRICK R. DONAHOE, ) | |
|     Postmaster General, ) | |
|         Defendant. ) | |

### Entry Discussing Motion to Proceed *In Forma Pauperis* and Directing Issuance of Process

**I.**

The plaintiff's request to proceed *in forma pauperis* [Dkt. 2] is **granted** to the extent that he shall pay the $350 in seven monthly installments of $50.00. The first installment shall be paid **on or before November 30, 2012.** Each additional payment shall be made by the last day of each month.

**II.**

The plaintiff's request to have the court appoint an attorney is **denied as premature.** In addition, a litigant requesting that counsel be recruited must show as a threshold matter that he has made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The plaintiff' has not shown that he has made this effort. Accordingly, his request for the appointment of counsel [1] is **denied.**

**III.**

The clerk shall issue process, consisting of a summons, which the Marshal for this District or his Deputy shall serve, together with a copy of the complaint and attachments thereto, and a copy of this Entry, on the defendant and on the officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2), at the expense of the United States.

**IT IS SO ORDERED.**

                                                  Hon. Tanya Walton Pratt, Judge
                                                  United States District Court
Date: 10/26/2012                               Southern District of Indiana

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

Distribution:

Gregory A. Jones
2021 Twin Leaf Ct.
Indianapolis, IN 46229

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204